UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NEW JERSEY, JOSEPH JAMES
and CARABILLO
PATERFAMILIAS, upon its 1776
Constitution,

    Plaintiffs,

v.                                                      Case No.:   2:24-cv-257-SPC-KCD

STATE OF FLORIDA,
CHARLOTTE COUNTY JAIL,
JUDICIARY COURTS, THE
STATE OF FLORIDA,
CHARLOTTE COUNTY, FLORIDA
DEPARTMENT OF LAW
ENFORCEMENT and 15TH
JUDICIAL CIRCUIT,

    Defendants.
_____/

## ORDER

    Plaintiffs, proceeding without a lawyer, filed a "Constitutional complaint against sundry Traitorous Acts" (Doc. 1) but did not pay the filing fee, or seek leave to proceed in forma pauperis.

    Under 18 U.S.C. § 1914, "[t]he clerk of each district court shall require the parties instituting any civil action, suit or proceeding in such court, whether by original process, removal or otherwise, to pay a filing fee of $350." 28 U.S.C. § 1914(a). Further, the Clerk of Court is permitted to collect from the

parties "such additional fees only as are prescribed by the Judicial Conference of the United States." 28 U.S.C. § 1914(b). Under these statutes, Plaintiffs are required to pay a filing fee of $405.

Alternatively, if Plaintiffs are unable to pay this filing fee, they may request leave to proceed in forma pauperis under 28 U.S.C. § 1915(a)(1). Section 1915 provides that "any court of the United States may authorize the commencement, prosecution or defense of any suit, action or proceeding, civil or criminal, or appeal therein, without prepayment of fees or security therefor, by a person who submits an affidavit that includes a statement of all assets such prisoner possesses that the person is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a)(1).

The case cannot proceed without either payment, or an affidavit establishing that plaintiffs are indigent. The necessary forms may be obtained from the Court's website, or through the Clerk's Office.

Accordingly, it is hereby

**ORDERED**

Plaintiffs must pay the $405 filing fee or move to proceed in forma pauperis with supporting affidavits by **April 25, 2024**. **Failing to exercise one of these options may result in a recommendation that this action be dismissed for failure to prosecute without further notice.**

**ORDERED** in Fort Myers, Florida this March 26, 2024.

_____
Kyle C. Dudek
United States Magistrate Judge

Copies:  All Parties of Record